EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2002

at ____ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00089 SOM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | [21 U.S.C. §841 |
| STEVE S. NISHIMURA | ) | 21 U.S.C. §841(b)(1)(A) |
| | ) | & (B)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 6, 2001, in the District of
Hawaii, STEVE S. NISHIMURA, the defendant, did knowingly and
intentionally distribute 5 grams or more of methamphetamine, its
salts, isomers, and salts of its isomers, a Schedule II
controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (B)(1)(B).

## COUNT 2

The Grand Jury further charges:

On or about November 9, 2001, in the District of Hawaii, STEVE S. NISHIMURA, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (B)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about November 15, 2001, in the District of Hawaii, STEVE S. NISHIMURA, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (B)(1)(A).

COUNT 4

The Grand Jury further charges:

On or about March 12, 2002, in the District of Hawaii, STEVE S. NISHIMURA, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (B)(1)(A).


COUNT 5

The Grand Jury further charges:

On or about March 12, 2002, in the District of Hawaii, STEVE S. NISHIMURA, the defendant, did knowingly and intentionally possess with intent to distribute cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//

//

//

//

//

//

//

3

All in violation of Title 21, United States Code, Section 841(a)(1) and (B)(1)(A).

DATED: March 21, 2002, at Honolulu, Hawaii.

A TRUE BILL.

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney

4